**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOSE COTAL,

        **Plaintiff,**

v.                                                                    Case No. 3:13cv435/LC/CJK

SAMUEL L. BATTS,

        **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 13, 2013 (doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This cause is DISMISSED WITHOUT PREJUDICE for petitioner's failure to prosecute and failure to comply with orders of the court.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of December, 2013.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**